Petition for Writ of
Mandamus Dismissed and Memorandum Opinion filed September 23, 2010.

 

            

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00869-CR

____________

 

IN RE JIMMIE MARK PARROTT Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 

 



MEMORANDUM
OPINION

            On September 13, 2010, relator, Jimmie Mark Parrott, filed a
petition for writ of mandamus in this court.  See Tex. Gov’t Code Ann
§22.221 (Vernon 2004); see also Tex. R. App. P. 52.1.  In the petition, relator
asked this court to compel the Harris County District Clerk to provide him with
file-stamped copies confirming documents he has filed.

            This Court’s mandamus jurisdiction is governed by section
22.221 of the Texas Government Code.  Section 22.221 expressly limits the
mandamus jurisdiction of the courts of appeals to:  (1) writs against a
district court judge or county court judge in the court of appeals’ district,
and (2) all writs necessary to enforce the court of appeals’ jurisdiction. 
Tex. Gov’t Code Ann. § 22.221 (Vernon 2004).  Because the petition for writ of
mandamus is directed toward the Harris County District Clerk and is not
necessary to enforce this court’s jurisdiction, we have no jurisdiction.  See
Tex. Gov’t Code Ann. § 22.221(b)(1).

            Accordingly, the petition for writ of mandamus is ordered
dismissed.

 

                                                            PER
CURIAM

 

Panel
consists of Justices Anderson, Frost, and Brown.

Do Not
Publish — Tex. R. App. P.
47.2(b).